✍ **ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x      **08 CRIM 413**

UNITED STATES OF AMERICA        :

    - v. -                :      NOTICE OF INTENT TO
                                       FILE AN INFORMATION
STEVEN LAINO,                   :

        Defendant.          :

- - - - - - - - - - - - - - - - x

JUDGE RAKOFF

       Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
           April 28, 2008

                                MICHAEL J. GARCIA
                                United States Attorney

                 By: _____
                      Julian J. Moore
                      Assistant United States Attorney

                 AGREED AND CONSENTED TO:

                 By: _____
                      Ronald L. Kuby, Esq.
                      Attorney for Steven Laino

[ELECTRONICALLY FILED stamp; DATE FILED: 4/28/08]

4/28/08 WHEEL A