JUDGE RAKOFF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                       :

UNITED STATES OF AMERICA        :

      - v. -                      :

                                       :      __INFORMATION__

STEVEN LAINO,                    :      08 Cr. ___ (___)

              Defendant.    :

- - - - - - - - - - - - - - - - - -x

### COUNT ONE

08 CRIM 413

The United States Attorney charges:

    1.   From at least in or about November 2006, up to and including on or about November 14, 2007, in the Southern District of New York and elsewhere, STEVEN LAINO, the defendant, and others known and unknown, unlawfully intentionally, and knowingly combined, conspired, confederated, and agreed together and with each other to violate the narcotics laws of the United States.

    2.   It was a part and an object of the conspiracy that STEVEN LAINO, the defendant, and others known and unknown, unlawfully, intentionally, and knowingly would and did distribute, and possess with intent to distribute, a controlled substance, to wit, less than 500 grams of mixtures and substances containing a detectable amount of cocaine, in

1


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

violation of Sections 812, 841(a)(1), and 841(b)(1)(C) of Title 21, United States Code.

(Title 21, United States Code, Section 846.)

**FORFEITURE ALLEGATION**

3.   As a result of committing the controlled substance offense alleged in Count One of this Information, STEVEN LAINO, the defendant, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count One of this Information.

### Substitute Asset Provision

5. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant --

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 841(a)(1), 846 and 853.)


*[signature]*

MICHAEL J. GARCIA
United States Attorney

| | | |
|---|---|---|
| **May 12, 2008** | **U.S.A. v. STEVEN LIANO** | **08 Cr. ____ (JSR)** |



**Waiver of Indictment and Information filed.**
Deft present with atty Ronald Kuby, Ausa Julian Moore and Court reporter Joanne Mancari. The deft entered a plea of guilty. PSI ordered. Sentencing set for August 26th at 4:00 p.m. Deft continued released on bail.

**RAKOFF, J.**