JUDGE RAKOFF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA            :     08 Cr. 413

    - v. -                              :     WAIVER OF INDICTMENT

STEVEN LAINO,                       :     08 Cr. ___ (___)

             Defendant.            :
- - - - - - - - - - - - - - - - - -x

        The above-named defendant, who is accused of violating Title 21, United States Code, Sections 846, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by Information instead of by Indictment.

                                             STEVEN LAINO
                                             Defendant

                                             Witness

                                             Ronald Kuby, Esq.
                                             Counsel for Defendant

Date:  New York, New York
      May ___, 2008

0202